# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Donald Roland Diemert and Katherine Marie Diemert

       Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0312    xxx−xx−0304

In Proceedings
Under Chapter 13

BK 13−40789−lkg

# ORDER

On motion of the Trustee filed on 6/14/2017; the trustee representing, and it appearing that:

☐    the debtor(s) is/are in material default in payments required by the Plan and has/have failed to propose a cure for the plan payment arrearage as required by the Chapter 13 Procedures Manual incorporated into this Court's Local Rules;

☑    the debtor(s) is/are in material default in payments required by the Plan and has/have failed to comply with the Order entered 04/27/2017;

☐    the debtor(s) has/have failed to submit document(s) to the Trustee pursuant to the Order entered ;

**IT IS ORDERED** that this case is **DISMISSED.**

ENTERED: June 15, 2017

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE