# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Donald Roland Diemert and Katherine Marie Diemert

Debtor(s)

In Proceedings Under Chapter 13

BK 13–40789–lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0312   xxx–xx–0304

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF CASE DISMISSAL

Notice is given that: pursuant to an Order entered on 6/15/17 the above referenced bankruptcy case has been dismissed due to failure to make plan payments and the case will be closed without further notice. Any questions concerning this matter should be directed to the following:

Debtor(s) Attorney:   William A Mueller – Mueller Associates
5312 W Main
Belleville, IL 62226
(618) 236–7000

DATED: June 30, 2017

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT